FILED: June 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-181 (L)
(8:19-md-02879-PWG)

_____

In re: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION

-------------------------------

ACCENTURE LLP

       Petitioner

v.

PETER MALDINI; ROGER CULLEN; ERIC FISHON; PAULA O'BRIEN; ROBERT GUZIKOWSKI; DENITRICE MARKS; MARIA MAISTO; IRMA LAWRENCE; MICHAELA BITTNER; KATHLEEN FRAKES HEVENER; ANNEMARIE AMARENA; BRENT LONG; DAVID VIGGIANO, all proceeding individually and on behalf of all others similarly situated

       Respondents

-------------------------------

THE CHAMBER OF COMMERCE OF THE UNITED STATES; NATIONAL RETAIL FEDERATION

       Amici Supporting Petitioner

_____

O R D E R

_____

Upon consideration of petitioners' unopposed motions for leave to file reply in support of permission to appeal, the court grants both motions.

For the Court

/s/ Patricia S. Connor, Clerk